

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 5, 2015

Steven A. Wadsworth
Assistant District Attorney - 216th Judicial
District
200 Earl Garrett St., Suite 202
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

E. Bruce Curry
District Attorney - 216th Judicial
District Court
200 Water Street
Suite 202
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

Lucy Wilke
Assistant District Attorney - 216th Judicial
District
521 Earl Garrett Street
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

Kurtis S. Rudkin
Attorney at Law
910 N. Main Street, #1
Boerne, TX 78006-1628
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00548-CR and 04-14-00549-CR
       Trial Court Case Number:    5437 and 5438
       Style:                      Leopoldo Cortez-Leija v. The State of Texas

Dear Counsel:

The above cause has been set for formal submission ON BRIEFS ONLY before this Court on Tuesday, September 8, 2015, before a panel consisting of Justice Rebeca C. Martinez, Justice Patricia O. Alvarez, and Justice Luz Elena D. Chapa.

Very truly yours,
KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853